**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Chris Flood

Appellate case number:   01-23-00100-CR & 01-23-00101-CR

Trial court case number: 1663543 & 1663544

Trial court:             338th District Court of Harris County

Relator Chris Flood filed a petition for writ of mandamus today, as well as a motion for emergency relief.

The Court requests a response from the State **by 5 p.m. Wednesday, February 15, 2023** to the motion for emergency relief .  The Court also requests a response to the petition for writ of mandamus **by 5 p.m. Tuesday, February 21, 2023**.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:   ___February 13, 2023_____